JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN

| | |
|---|---|
| PHILLIP ESNAYRA,<br>Plaintiff,<br>v.<br>CITY OF MURRIETA, a public entity; DOES 1 through 50, inclusive,<br>Defendants. | Case No.: 5:26-cv-05379-KK (SPx)<br>Assigned to the Honorable Kenly Kiya Kato<br>Complaint Filed: May 5, 2026<br>FAC Filed: October 5, 2026<br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION AND FOR EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Upon the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The Parties' Stipulation is approved.
2. This action shall be remanded to the Riverside County Superior Court.
3. Defendant's deadline to respond to Plaintiff's First Amended Complaint shall be extended to November 18, 2026 in which to answer or otherwise respond to the First Amended Complaint in this action.
4. Upon remand to the Riverside Superior Court, Defendant's deadline to

respond to the First Amended Complaint shall be in accordance with the California Code of Civil Procedure.

**IT IS SO ORDERED. (JS-6)**

Dated: October 15, 2026

KENLY KIYA KATO
United States District Judge